IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAROLE BASKIN as CEO of
   BIG CAT RESCUE, a Florida
   non-profit organization,

     Plaintiff,

v.                              CASE NO:_____

MAHAMAYAVI BHAGAVAN ANTLE,
   an individual,

     Defendant.

_____/

## COMPLAINT

The Plaintiff, CAROLE BASKIN as CEO of BIG CAT RESCUE, a Florida non-profit organization ("Plaintiff"), sues the Defendant, MAHAMAYAVI BHAGAVAN ANTLE ("Defendant" or "Antle"), for a declaration that Plaintiff's registration and/or use of the Internet domain DOCANTLE.COM is not unlawful pursuant to the Anti-Cybersquatting Consumer Protection Act ("ACPA"), and states as follows:

### THE PARTIES

#### Plaintiff

1.    Carole Baskin is the founder and CEO of Big Cat Rescue, a Florida non-profit organization. Big Cat Rescue is dedicated to rescuing and rehabilitating exotic cats. Baskin resides in, and Big Cat Rescue operates out of, the Tampa Bay Florida area.

2.    Plaintiff is the registrant for the subject DOCANTLE.COM Internet domain name (the "Subject Domain"), which Plaintiff registered with Wild West Domains on November 9, 2008.

**Defendant**

3.     Defendant Antle purports to be a conservationist, animal trainer, author and media personality.  He resides in South Carolina.

4.     Defendant serves as director of The Institute of Greatly Endangered Species (T.I.G.E.R.S) in Myrtle Beach, South Carolina.

## JURISDICTION AND VENUE

5.     This is a declaratory suit under the ACPA, particularly 15 U.S.C. §1114(2)(D)(v).

6.     This court has original jurisdiction under 15 U.S.C. §1114(2)(D)(v) and 28 U.S.C. §§1331 and 1338(a), as the Subject Domain has been ordered transferred through a Uniform Domain Name Dispute Resolution Policy ("UDRP") proceeding through the World Intellectual Property Organization ("WIPO") and the registrar has provided notice of intent to transfer the Subject Domain.

7.     This Court has personal jurisdiction over Defendant Antle because Antle consented to personal jurisdiction in this Court pursuant to the Policy by bringing the UDRP action against Plaintiff.

8.     Venue is proper in this district under 28 U.S.C. §1391(b) and (c) as Defendant is subject to personal jurisdiction in the District and a substantial part of the events giving rise to these claims occurred in this District.

## GENERAL ALLEGATIONS

### Plaintiff and its DOCANTLE.COM

9.     To fulfill its mission of rescuing and rehabilitating exotic cats, Big Cat Rescue provides the best possible home it can for the animals in its care.  Big Cat Rescue also aims to

reduce the number of cats that suffer physical abuse, abandonment and premature death by teaching others about the plight of the cats, both in the wild and in captivity.

10.     Towards this end, Big Cat Rescue exposes people like Defendant who purport to act in the best interests of animals in their care while taking actions that show otherwise.

11.     Big Cat Rescue publicizes evidence and opinions regarding what it and others see as blatant exploitation of animals at its www.911AnimalAbuse.com internet website.  Through this website, Big Cat Rescue also solicits information from the public regarding animal abuse so Big Cat Rescue can take action.

12.     Plaintiff registered its DOCANTLE.COM domain on November 9, 2008.  (*See* Ex. A).

13.     Plaintiff registered and uses the Subject Domain name in a legitimate, noncommercial, fair-use manner to bring attention to the unethical manner in which Defendant and his organization T.I.G.E.R.S. handle and breed exotic cats.

14.     The   Subject   Domain   forwards   to   a   page   on   Plaintiff's www.911AnimalAbuse.com internet website through which information is available regarding the unethical nature in which Defendant and his organization T.I.G.E.R.S. handle and breed exotic cats.

15.     This website page contains facts, quotes from other sources, and opinions by Plaintiff regarding Defendant and his T.I.G.E.R.S. institute.  These allegations against Defendant are not new or unique.  Both Defendant and T.I.G.E.R.S. are frequent targets of government agencies entrusted with protecting animals and more generally supporters of animal rights.

### Defendant and his Alleged "DOC ANTLE" Trademark

16.     Defendant has never had any registered trademark in the name "DOC ANTLE."

17.     Instead, Defendant asserts common law trademark rights to the service mark "DOC ANTLE," which he claims to have used in association with his business and media appearances relating to animal training, big-cat conservation, books and T.I.G.E.R.S.

18.     Defendant has always held himself out under many names including Bhagavan Antle, Doc, Doc Bhagavan Antle, and Kevin Doc Bhagavan Antle.

19.     Defendant is not and has never been a doctor, whether medical or otherwise.

20.     Defendant does not hold and has never held any doctoral degree.

21.     In 2014, Defendant identified himself at his www.tigerfriends.com website as "The Director of T.I.G.E.R.S., Bhagavan Antle."

22.     As of the time Plaintiff registered the Subject Domain, Defendant had not established secondary meaning for trademark purposes in the name DOC ANTLE with respect to any particular goods or services.

23.     For example, all books authored by Defendant prior to the date that Plaintiff registered the Subject Domain name identify Defendant as "Bhagavan Antle."

24.     As of the time Plaintiff registered the Subject Domain, no relevant segment of the population would recognize DOC ANTLE as a mark that distinguished any goods or services of Defendant from that of any other provider.

25.     Even to this day, Defendant had not established secondary meaning for trademark purposes in the name "DOC ANTLE" with respect to any particular goods or services.

26.     Even today, no relevant segment of the population would recognize DOC ANTLE as a mark that distinguishes any goods or services of Defendant from that of any other provider.

## The UDRP Action

27.     On or about October 14, 2014, Defendant filed a complaint against Plaintiff in a UDRP action with WIPO.

28.     WIPO is an international organization headquartered in Geneva, Switzerland.

29.     Upon information and belief, Defendant knew about Plaintiff's registration and use of the DOCANTLE.COM domain since 2008 or early 2009, but failed to take any legal action for over five (5) years.  This is evidenced by the fact that Defendant registered the domain DOCANTLE.NET on January 14, 2009.

30.     On or about October 22, 2014, Defendant filed an Amended Complaint.  Therein, Defendant alleged, among other things, that Defendant had registered the Subject Domain in bad faith as a vehicle for making false statements about Defendant to tarnish his alleged DOC ANTLE mark.

31.     At no time has Plaintiff used the Subject Domain to make statements against Defendant known or believed to be false.  To the contrary, at all times. Plaintiff has used the subject domain to make truthful statements and/or to report believed truthful statements about Plaintiff regarding his unethical practices.

32.     In its response, filed November 16, 2014, Plaintiff pointed out, among other things, that Plaintiff had not established any trademark rights in the name DOC ANTLE as of the date of registration of the Subject Domain, that Plaintiff had not utilized DOC ANTLE as a trademark during the relevant time period, and that Plaintiff used the Subject Domain for purposes of free speech that negated any possible finding of bad faith.

33.     On December 18, 2014, a single WIPO panelist issued a UDRP ordering the DOCANTLE.COM domain transferred.

- 5 -

34.     The UDRP decision has no precedential value with respect to this Court's judicial review. This Court reviews all issues *de novo* under the particular standards of the ACPA.

## COUNT I: DECLARATION THAT REGISTRATION/USE OF
## THE SUBJECT DOMAIN IS NOT UNLAWFUL UNDER THE ACPA

35.     Paragraphs 1 through 34 are incorporated and realleged hereto as if set forth fully herein.

36.     This is an action for a declaration that Plaintiff's registration/use of the Subject Domain is not unlawful under the ACPA, *e.g.*, 15 U.S.C. §§1114(2)(D)(v) and 1125(d).

37.     As of the date of Plaintiff's registration of the Subject Domain, Defendant had no trademark rights in the domain name with respect to any particular good or service.

38.     Defendant currently has no trademark rights in the domain name with respect to any particular good or service.

39.     Plaintiff has never acted in bad faith in registering or using the Subject Domain.

40.     Plaintiff uses of the Subject Domain for purposes of criticism is proper and protected noncommercial free speech.

41.     Plaintiff has always made fair use of the Subject Domain.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for a declaration that its registration/use of the Subject Domain is not unlawful under the ACPA.

Dated this 7th day of January, 2015.

JOSEPH J. WEISSMAN, FBN 0041424
(Trial Counsel)
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
403 East Madison Street, Suite 400
Tampa, Florida 33602
E-Mail: josephw@jpfirm.com
(813) 225-2500
(813) 223-7118

*Attorneys for Plaintiff*

#1471951

24/7 SUPPORT **(480) 505-8857**        **My Account**

**About Us    ICANN    Support    WHOIS Search**

**WHOIS search results for:**

## DOCANTLE.COM

(Registered)

Domain Name: DOCANTLE.COM
Registry Domain ID: 1527738959_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.wildwestdomains.com
Registrar URL: http://www.wildwestdomains.com
Update Date: 2014-12-21T08:00:32Z
Creation Date: 2008-11-09T12:08:37Z
Registrar Registration Expiration Date: 2015-12-21T04:59:59Z
Registrar: Wild West Domains, LLC
Registrar IANA ID: 440
Registrar Abuse Contact Email: abuse@wildwestdomains.com
Registrar Abuse Contact Phone: +1.480-624-2505
Reseller: Shop A City, Inc.
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Carole Baskin
Registrant Organization: Big Cat Rescue
Registrant Street: 12802 Easy Street
Registrant City: Tampa
Registrant State/Province: Florida
Registrant Postal Code: 33625
Registrant Country: United States
Registrant Phone: (813) 920-4130
Registrant Phone Ext:
Registrant Fax: (813) 885-4457
Registrant Fax Ext:
Registrant Email: Carole.Baskin@BigCatRescue.org
Registry Admin ID:
Admin Name: Carole Baskin
Admin Organization: Big Cat Rescue
Admin Street: 12802 Easy Street
Admin City: Tampa
Admin State/Province: Florida
Admin Postal Code: 33625



EXHIBIT

A

Admin Country: United States
Admin Phone: (813) 920-4130
Admin Phone Ext:
Admin Fax: (813) 885-4457
Admin Fax Ext:
Admin Email: Carole.Baskin@BigCatRescue.org
Registry Tech ID:
Tech Name: Carole Baskin
Tech Organization: Big Cat Rescue
Tech Street: 12802 Easy Street
Tech City: Tampa
Tech State/Province: Florida
Tech Postal Code: 33625
Tech Country: United States
Tech Phone: (813) 920-4130
Tech Phone Ext:
Tech Fax: (813) 885-4457
Tech Fax Ext:
Tech Email: Carole.Baskin@BigCatRescue.org
Name Server: NS15.DOMAINCONTROL.COM
Name Server: NS16.DOMAINCONTROL.COM
DNSSEC:
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2015-1-6T19:00:00Z

For more information on Whois status codes, please visit https://www.icann.org/resources
/pages/epp-status-codes-2014-06-16-en

The data contained in this Registrar's WHOIS database,
while believed by the registrar to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of this registrar. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, the Registrar
is not the registrant of domain names listed in this database.

See Underlying Registry Data
Report Invalid Whois

Search for another domain name in the **WHOIS** database

.com    <u>Search</u>

**NEED HELP?** Call our award-winning support team 24/7 at (480) 505-8857

**My Account    Legal Agreements    Your Privacy    Support    WHOIS Search**

Use of this Site is subject to express Terms of Use. By using this Site, you signify that you agree to be bound by these Terms of Use, which were last revised on October 24, 2012

Legal    Privacy Policy

Copyright© 2002 - 2014 Wild West Domains, LLC. All Rights Reserved.